No. 81–5427.   BARDEN *v.* MAINE.   Sup. Jud. Ct. Me. Certiorari denied.

No. 81–5486.   CHASTEEN *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 81–5498.   JOHNSON *v.* U. S. DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 81–5504.   GALIS *v.* WAINWRIGHT, SECRETARY OF THE DEPARTMENT OF OFFENDER REHABILITATION, ET AL. C. A. 5th Cir.   Certiorari denied.

No. 81–5506.   ZATKO *v.* U. S. DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE.   C. A. 6th Cir.   Certiorari denied.

No. 81–5507.   MCDONALD *v.* TENNESSEE.   Ct. Crim. App. Tenn.   Certiorari denied.

No. 81–5508.   SOUNESS *v.* VETERANS ADMINISTRATION. C. A. 1st Cir.   Certiorari denied.

No. 81–5516.   GANEY ET AL. *v.* EDWARDS ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 81–5518.   HAYWOOD *v.* WOLFF, WARDEN, JOLIET PENITENTIARY.   C. A. 7th Cir.   Certiorari denied.

No. 81–5524.   SWINICK *v.* BERGMAN ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 81–5526.   AFRICA *v.* PENNSYLVANIA.   Super. Ct. Pa. Certiorari denied.

No. 81–5527.   UNITED STATES EX REL. ABDUS-SABUR *v.* CUYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION, GRATERFORD, PENNSYLVANIA, ET AL.   C. A. 3d Cir.   Certiorari denied.